UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTRELL RAMON SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>WEST VALLEY DETENTION CENTER, et al.,<br><br>    Defendants. | NO. EDCV 17-0231-AG (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that this action is dismissed without prejudice for failure to prosecute.

DATED: May 31, 2018

                                      ANDREW J. GUILFORD
                                      United States District Judge