UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTRELL RAMON SMITH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WEST VALLEY DETENTION CENTER, et al.,<br><br>　　　　Defendants. | NO. EDCV 17-0231-AG (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

DATED: May 31, 2018

　　　　　　　　　　　　　　　　　ANDREW J. GUILFORD
　　　　　　　　　　　　　　　　　United States District Judge